# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CHAMPION SALT, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-CV-00755-JAR |
| ) | |
| MARK J. ARTHOFER, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter came before the Court for an in-person hearing on Plaintiff Champion Salt, LLC's ("Champion") Motion for Preliminary Injunction on July 23, 2021. Also pending before the Court and discussed at the July 23, 2021 hearing are Defendants' Motion for Protective Order Regarding Deposition and to Quash Third Party Subpoenas (Doc. 20) and Champion's Motion for Contempt and to Enforce Temporary Restraining Order. (Doc. 22). The parties appeared and evidence was adduced. Because the hearing could not be completed on July 23, 2021, it will be continued on August 11, 2021 at 11:00 A.M. For the reasons stated on the record and those provided previously during the hearing on Champion's Motion for Temporary Restraining Order, the Court finds good cause to continue the temporary restraining order (Doc. 18) in full force and effect until completion of the preliminary injunction hearing.

Accordingly,

**IT IS HEREBY ORDERED** that the hearing on Plaintiff Champion Salt, LLC's Motion for Preliminary Injunction shall continue on **August 11, 2021 at 11:00 A.M.** in the courtroom of the undersigned. The parties shall identify any witnesses who will appear by live videoconference no later than **August 9, 2021 at 12:00 P.M.**

**IT IS FURTHER ORDERED** that the Court finds good cause to continue the temporary restraining order (Doc. 18) in full force and effect until completion of the preliminary injunction hearing.

Dated this 26th day of July, 2021.

                                                                         _____
                                                                         JOHN A. ROSS
                                                                         UNITED STATES DISTRICT JUDGE